# *THE LITVAK LAW FIRM, PLLC*

**IGOR B. LITVAK, ESQ.**
ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

April 20th, 2017

<u>**VIA ECF**</u>
Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:** **Svetlana Dekhkanov v Credit Collection Services**
            **Case #: 1:17-cv-01365**

Dear Honorable Judge Cogan:

    I represent the Plaintiff in the above referenced matter. The initial status conference is presently scheduled for April 28th, 2017 at 2:30pm.

    I will be traveling overseas between April 26th and May 8th, 2017. Therefore, I am writing to request an adjournment of the April 28th, 2017 conference. This is the first request being made in this case to adjourn the conference and the Defendant consents to this request.

    Thank you for Your Honor's time and attention to this matter.

                                  Very Truly Yours

                                  */s/* Igor Litvak

                                  Igor Litvak, Esq.